**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | collab9, LLC, a Delaware limited liability company |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-4650291 |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 21515 Hawthorne Blvd., Suite 200<br>Torrance, CA 90503 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    www.collab9.com

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    collab9, LLC, a Delaware limited liability company                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A.  *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B.  *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        5191

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | collab9, LLC, a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

Contact name

Phone

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**        .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor   collab9, LLC, a Delaware limited liability company                              Case number (*if known*)
         Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    collab9, LLC, a Delaware limited liability company _____    Case number (if known) _____
          Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 18, 2021
               MM / DD / YYYY

X _____        Kevin Schatzle
Signature of authorized representative of debtor    Printed name

Title    Chief Executive Officer

**18. Signature of attorney**

X _____        Date    March 18, 2021
Signature of attorney for debtor                  MM / DD / YYYY

Victor A. Sahn
Printed name

SulmeyerKupetz, A Professional Corporation
Firm name

333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
Number, Street, City, State & ZIP Code

Contact phone    213.626.2311    Email address    vsahn@sulmeyerlaw.com

97299 CA
Bar number and State

## United States Bankruptcy Court
### Central District of California: Los Angeles Division

In re  collab9, LLC, a Delaware limited liability company

Debtor(s)

Case No.
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Dinco Inc.<br>21515 Hawthorne Blvd., Ste 200<br>Torrance, CA 90503 | | | 50% Equity Interest |
| Dollab, LLC<br>10655 NE 4th Street, Suite 700<br>Bellevue, WA 98004 | | | 50% Equity Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  March 18, 2021

Signature  _Kevin Schatzle_
Kevin Schatzle

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

UNANIMOUS WRITTEN CONSENT

OF

THE BOARD OF DIRECTORS IN LIEU OF MEETING

OF

COLLAB9, LLC

THE UNDERSIGNED, being all of the directors on the Board of Directors of collab9, LLC, a Delaware limited liability company (the "**Company**"), do hereby consent to and adopt the following resolutions pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware and the Limited Liability Company Agreement of the Company, dated January 1, 2017, and confirm that said resolutions have not been modified or rescinded and are still in full force and effect:, and hereby direct that this written consent be filed with the minutes of the proceedings of the Company:

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the directors of the Company, it is desirable and in the best interests of the Company, its interest holders, and other interested parties, that a voluntary petition be filed by and for the Company, in the United States Bankruptcy Court for the Central District of California, seeking relief under the provisions of Chapter 11 of title 11 of the United States Code; and it is further

RESOLVED, that the Chief Executive Officer of the Company, Kevin Schatzle and such other officers of the Company as he may designate, are hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify such a petition and to cause the same to be filed with the United States Bankruptcy Court at such time as the Chief Executive Officer shall determine; and it is further

RESOLVED, that the Chief Executive Officer and such other officers of the Company as he may designate are hereby authorized to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and in that connection, to employ and retain all assistance by legal counsel, financial consultants, accountants, investment bankers, or other professionals, and to take any and all action which the Chief Executive Officer deems necessary and proper in the Chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the Company, as debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized, as it deems necessary, (i) to conduct, manage, and supervise a reorganization of the Company, (ii) to borrow funds in such amounts, from such lenders and on such terms as may be approved by the Chief Executive Officer as reasonably necessary for the continuing conduct of the affairs of the Company, and/or (iii) to grant security interests in and liens upon the Company's assets as may be deemed reasonably necessary by the Chief Executive Officer in connection with such borrowings; and it is further

RESOLVED, that the Chief Executive Officer and such other officers of the Company as he may designate are hereby authorized and empowered to execute and deliver for and on behalf of the Company, as debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, agreements, instruments, and any and all other documents necessary or appropriate to

1

facilitate the transactions contemplated by the foregoing resolution; and it is further

**RESOLVED**, that the Company may and shall retain the law firm of **Sulmeyer**Kupetz, A Professional Corporation, as bankruptcy counsel to the Company, in connection with the aforesaid bankruptcy reorganization case and for all other relevant purposes.  The Chief Executive Officer and such other officers of the Company as he may designate are hereby authorized to sign an engagement letter employing **Sulmeyer**Kupetz, A Professional Corporation, as counsel to the Company, and deliver to **Sulmeyer**Kupetz, A Professional Corporation, the retainer required by said engagement letter, and to execute any other documents necessary for the retention and employment of **Sulmeyer**Kupetz, A Professional Corporation, and the approval of such employment in the bankruptcy case; and it is further

**RESOLVED**, that the Chief Executive Officer and such other officers of the Company as he may designate are authorized to take any and all further actions, and to execute and deliver any and all further instruments and documents, and to pay all expenses, in each case as in his judgment as shall be necessary or desirable in order fully to carry out the intent and accomplish the purpose of the resolutions adopted herein.

**RESOLVED**, that any agreements, instruments or other documents executed and delivered and any and all acts and things done by any authorized signatory on or before the date hereof determined to be necessary or desirable by authorized signatory, in his or her sole discretion, in order to complete the transactions contemplated by this written consent are hereby ratified, confirmed and approved in all respects;

This written consent may be executed and delivered in counterparts and by means of facsimile signature, portable document format (PDF) or other electronic transmission, each of which when so executed and delivered being deemed an original and all such counterparts together constituting one and the same instrument.

IN WITNESS WHEREOF, each of the undersigned has executed this unanimous written consent on the date set for below his or her respective signature.

*[Signature page follows]*

2

_Attiazaz "Bob" Din, Director_

Date: _March 19, 2021_

_Stephen L. Pruss, Director_

Date: _3-19-2021_

_George Blanco, Independent Director_

Date: _3-19-2021_

3

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ~~Los Angeles~~ KRS LONGMONT COLORADO , ~~California.~~
KRS

Date:    March 18, 2021

Kevin Schatzle
Signature of Debtor 1


Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1              **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | collab9, LLC, a Delaware limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Avaya, Inc. 4655 Great America Parkway Santa Clarita, CA 95054 | Bernie Barlow barlow@avaya.com (408) 562-3449 | Loan | Disputed | | | $11,468,493.16 |
| Equinix Inc One Lagoon Drive, 4th Floor Redwood City, CA 94065 | billing@equinix.com (866) 979-3749 | Data Center | | | | $38,808.06 |
| Solarwinds 7171 Southwest Parkway Bldg 400 Austin, TX 78735 | accounting@solarwinds.com (512) 682-9300 | Trade Vendor | | | | $13,368.96 |
| Insight Direct USA 6820 S.Harl Ave Tempe, AZ 85283 | invoicingNA@insight.com (877) 776-0610 | Trade Vendor | | | | $10,980.96 |
| XO Communication One Verizon Way Basking Ridge, NJ 07920 | invoiceinquiry@verizon.com (800) 569-8799 | Trade Vendor | | | | $6,541.81 |
| Lumen 1025 Eldorado Blvd. Broomfield, CO 80021 | Billing@Lumen.com (877) 253-8353 | Trade Vendor | | | | $5,827.10 |
| Allied Digital Services LLC 680 Knox Street, Ste. 200 Torrance, CA 90502 | Kapil Mehta Creditcustcare@allieddigital.net (310) 431-3904 | Trade Vendor | | | | $5,000.00 |
| Axelliant 21250 Hawthorne Blvd, Ste 500 Torrance, CA 90503 | Adnan Khan adnan.khan@axelliant.com (424) 535-1100 | Trade Vendor | | | | $2,845.13 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | collab9, LLC, a Delaware limited liability company | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Freshworks Inc. 2950 South Delaware St. 2nd Fl San Mateo, CA 94403 | billing@freshworks.com (866) 832-3090 | Trade Vendor | | | | $2,526.48 |
| Zones Inc 1102 15th Street S.W. Suite 102 Auburn, WA 98001 | Invoicing@zones.com (800) 570-2410 | Trade Vendor | | | | $1,702.70 |
| Open Text Inc 2950 S Delaware Street Bay Meadows Statn 3 Bldg 3rd&4th Fl San Mateo, CA 94403 | accounts.receivable @opentext.com (610) 966-2423 | Trade Vendor | | | | $1,336.60 |
| Subsentio, LLC 2001 E. Easter Avenue Suite 302 Centennial, CO 80122 | accounting@subsentio.com (303) 794-6936 | Trade Vendor | | | | $1,038.00 |
| GTT Communication, Inc. 7900 Tysons One Place, Ste 1450 Mc Lean, VA 22102 | billing@gtt.net (646) 214-4137 | Trade Vendor | | | | $773.68 |
| Intrado Life & Safety, Inc. 11808 Miracle Hills Drive Omaha, NE 68154 | SafetySvcs_Billing@ intrado.com (402) 571-3200 | Trade Vendor | | | | $703.50 |
| Law Office of Stephen E Bozzo PLLC 1433 Harle Pl SW Leesburg Leesburg, VA 20175 | Stephen Bozzo seblawoffices1@veri zon.net (703) 217-7143 | Legal Services | | | | $250.00 |
| Key-Rite Security Lock & Safe 5570 E. Yale Ave. Denver, CO 80222 | ssandoval@key-rite.com (303) 759-5013 | Trade Vendor | | | | $39.18 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn (CA State Bar No. 97299)<br> vsahn@sulmeyerlaw.com<br>**Sulmeyer**Kupetz<br>A Professional Corporation<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>213.626.2311 Fax: 213.629.4520 | |

■*Attorney for: Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        collab9, LLC, a Delaware limited liability company<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   Kevin Schatzle _____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ■ I am the president or other officer or an authorized agent of the Debtor corporation

        □ I am a party to an adversary proceeding

        □ I am a party to a contested matter

        □ I am the attorney for the Debtor corporation

2.a.    ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        See Addendum

  b.    □ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

March 18, 2021 _____

Date

By: _____

        Signature of Debtor, or attorney for Debtor

Name:    Chief Executive Officer

        Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Dinco Inc.
21515 Hawthorne Blvd., Ste 200
Torrance, CA 90503

Dollab, LLC
10655 NE 4th Street, Suite 700
Bellevue, WA 98004

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | collab9, LLC, a Delaware limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    Certificate of Resolutions; Declaration Under Penalty of Perjury for Non-Individual Debtors; Statement of Related Cases; Corporate Ownership Statement; Verification of Mailing Matrix; and Master Mailing List

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 18, 2021    X _____
                                  Signature of individual signing on behalf of debtor

                                  Kevin Schatzle
                                  Printed name

                                  Chief Executive Officer
                                  Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn (CA State Bar No. 97299)<br> *vsahn@sulmeyerlaw.com*<br> **Sulmeyer**Kupetz<br> A Professional Corporation<br> 333 South Grand Avenue, Suite 3400<br> Los Angeles, CA 90071<br> 213.626.2311 Fax: 213.629.4520 | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION

| In re: | |
|---|---|
| collab9, LLC, a Delaware limited liability company | CASE NO.:<br> CHAPTER: 11 |
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br> **[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __19__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  March 18, 2021 _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

United States Trustee
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA 90017


Victor A. Sahn
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

1881 9th Acquisition LLC
c/o CBRE Asset Services
Attn Property Manager
1050 Walnut St., Suite 220
Boulder, CO 80302


1881 9th Acquisition LLC
c/o J.P. Morgan Asset Management
Attn Dan Minkoff
277 Park Avenue, 36th Floor
New York, NY 10172


1881 9th Acquisition LLC
1881 9th Street
Boulder, CO 80302


A-Lign
400 N Ashley Drive, Ste 1325
Tampa, FL 33602


Acunetix
220 Industial Blvd., Ste 102
Austin, TX 78745


ADP, LLC
PO Box 31001-1874
Pasadena, CA 91110-1874


Alien Vault Inc.
1100 Park Place, Ste 300
San Mateo, CA 94403


Allen Federal Business Partners
1451 Highwood Drive
Mc Lean, VA 22101

Allied Digital Services LLC
680 Knox Street, Ste. 200
Torrance, CA 90502

American Registry for Internet Numb
P.O. Box 759477
Baltimore, MD 21275-9477

American United Life
Attn Michelle Hall
225 Broadway, Ste 500
San Diego, CA 92101

American United Life
One America Square
PO Box 368
Indianapolis, IN 46206-0368

Apoyo Tech
1st Floor Evacuee Trust Complex
Sir Agha Khan Road
Islamabad, 44000
Pakistan

Applicant Insight
PO Box 458
New Port Richey, FL 34656

Arizona Dept of Revenue
1600 West Monroe St.
Phoenix, AZ 85007

Arizona Dept of Revenue
P.O. BOX 52153
Phoenix, AZ 85072-2153

Attiazaz Din
948 Paseo La Cresta
Palos Verdes Peninsula, CA 90274


Avaya Federal Solutions, Inc.
Attn: Jerry Dotson
12730 Fair Lakes Circle
Fairfax, VA 22033


Avaya, Inc.
4655 Great America Parkway
Santa Clarita, CA 95054


Avertium LLC
FKA Terra Verde LLC
P.O. Box 45756
Baltimore, MD 21297-5756


Axelliant
21250 Hawthorne Blvd, Ste 500
Torrance, CA 90503


Blue Shield of California
PO Box 629032
Oregon House, CA 95962-9032


BluLogix, LLC
1356 Beverly Rd., Ste 300
Mc Lean, VA 22101


BluLogix, LLC
737 Walker Road, Ste 3
Great Falls, VA 22066

Boulder County Treasurer
PO Box 471
Boulder, CO 80306


Brian Campbell
60 Youngwood Road
Pittsburgh, PA 15228


Bryan Birchfield
8300 Periwinkle Pl
Fairfax Station, VA 22039


Bryan Cave Leighton, et al.
Attn: Jessica R. Maziarz
One Renaissance Square
2 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4406


Bryan Cave Leighton, et al.
Attn: Lawrence G. Scarborough
One Renaissance Square
2 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4406


Bryan Cave Leighton, et al.
Attn: Jacob A. Kramer
One Renaissance Square
2 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4406


CA Dept. of Tax and Fee Admin
450 N Street
Sacramento, CA 94279-0088


CA Public Utility Commission
Communictions Division
505 Van Ness Avenue
San Francisco, CA 94102

California Dept of Tax & Fee Admin
PO Box 942879
Sacramento, CA 94249-0088


California Franchise Tax Board
PO BOX 942857
Sacramento, CA 94257-0531


California Public Utility Commissio
Communictions Division
505 Van Ness Avenue
San Francisco, CA 94102


City of Auburn
Business Taxes - UUT
25 West Main Street
Auburn, WA 98001-4998


City of Boulder
Boulder Business and Sales Taxes
P.O. Box 791
Boulder, CO 80306-0791


City of Los Angeles
Dept of Finance
200 N. Spring St, Room 101
Los Angeles, CA 90010


City of Portland
PO Box 745
Portland, OR 97207


City of Portland
Comm Tech Office, Attn: Kim Daschel
111 SW Columbia St, Suite 600
Portland, OR 97201

City of Sacramento
Revenue Division
 915 "I" Street, Room 1214
Sacramento, CA 95814-2604


City of Stockton - Admin Svcs Dept
425 North El Dorado Street
PO Box 2107
Stockton, CA 95201


City of Torrance
Business Licenses Dept
3031 Torrance Blvd
Torrance, CA 90503


CLPF 9th Street Boulder LLC
1881 9th Street
Boulder, CO 80302


CLPF 9th Street Boulder LLC
c/o CBRE Attn Nina McGarvey
1881 9th Street
Boulder, CO 80302


CLPF 9th Street Boulder LLC
C/O Clarion Partners
230 Park Avenue, 12th Floor
New York, NY 10169


Colorado Dept of Revenue
Denver, CO 80261-0006


Comptroller - State of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-0001

Compunetix
2420 Mosside Boulevard
Monroeville, PA 15146


Connectivity
7900 Tysons One Place, Suite 1450
Mc Lean, VA 22102


Delaware Division of Revenue
P.O. Box 8703
Wilmington, DE 19899-8703


Dinco Inc.
21515 Hawthorne Blvd, # 200
Torrance, CA 90503


District of Columbia
Office of Tax and Revenue
PO Box 96193
Washington, DC 20090-6193


Dollab, LLC
10655 NE 4th Street, Suite 700
Bellevue, WA 98004


Equinix Inc
One Lagoon Drive, 4th Floor
Redwood City, CA 94065


FedEx Corporation
P.O. Box 7221
Pasadena, CA 91109-7321

Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952


Freshworks Inc.
2950 South Delaware St. 2nd Fl
San Mateo, CA 94403


Gina Lim
6751 Altamor Drive
Los Angeles, CA 90045


GTT Communication, Inc.
7900 Tysons One Place, Ste 1450
Mc Lean, VA 22102


HealthEquity Inc
15 W Scenic Pointe Dr, Ste 100
Draper, UT 84020


IBM Credit LLC
3039 Cornwallis Rd
Durham, NC 27709


Insight Direct USA
6820 S.Harl Ave
Tempe, AZ 85283


Insight Enterprises, Inc.
Attn. Chief Legal Officer
6820 So. Harl Ave
Tempe, AZ 85283

```
Internal Revenue Service
Ogden, UT 84201-0033



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intrado Life & Safety, Inc.
11808 Miracle Hills Drive
Omaha, NE 68154


Javed Latif
2406 Hill Lane
Redondo Beach, CA 90278


Kevin B. Schatzle
9400 Mitchell Ct.
Longmont, CO 80503


Key-Rite Security Lock & Safe
5570 E. Yale Ave.
Denver, CO 80222


Law office of Herbert Hafif
269 W. Bonita Ave
Claremont, CA 91711


Law Office of Herbert Hafif
Attn: Michael Dawson
269 W. Bonita Ave.
Claremont, CA 91711
```

Law Office of Herbert Hafif
Attn: Greg K. Hafif
269 W. Bonita Ave.
Claremont, CA 91711


Law Office of Stephen E Bozzo PLLC
1433 Harle Pl SW Leesburg
Leesburg, VA 20175


LAZ Karp Associates, LLC
15 Lewis Street
Hartford, CT 06103


Lesnick Prince & Pappas LLP
Attn: Matthew A. Lesnick
315 West Ninth Street, Suite 705
Los Angeles, CA 90015


Lincoln National Life Insurance Co
8801 Indian Hill Drive
Omaha, NE 68114


Los Angeles County Tax Collector
225 N. Hill St., Room 122
Los Angeles, CA 90012


Lumen
1025 Eldorado Blvd.
Broomfield, CO 80021


Marsh USA, Inc.
1166 Avenue of the Americas
New York, NY 10036

Mechanics Bank
Attn: Nico di Donato
18400 Von Karman Ave., Ste 100
Irvine, CA 92612


Morgan Lewis Bockius, LLP
Attn: Bryan Godol
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626


Mustafa Baig
24237 Park Street
Torrance, CA 90505


New York Dept of Tax & Finance
State Processing Center
PO Box 15198
Albany, NY 12212-5198


New York Dept of Tax & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


North Carolina Secretary of State
2 South Salisbury Street
Raleigh, NC 27601


Ohio Dept of Taxation
Business Compliance
PO Box 2678
Columbus, OH 43216-2678


Ohio Dept of Taxation
PO Box 2478
Columbus, OH 43216-2476

Open Text Inc
2950 S Delaware Street
Bay Meadows Statn 3 Bldg 3rd&4th Fl
San Mateo, CA 94403


Osler Hoskin & Harcourt
1000 Rue De La Gauchetiere Qust
Bureau 2100
Montreal, Canada H3B 4W5


Pasadena Department of Finance
100 North Garfield. Ave Room N123
Pasadena, CA 91109-7215


PCM, Inc.
Attn: Chief Legal Officer
1940 E. Mariposa St.
El Segundo, CA 90245


PhoenixHR LLC
2614 Voorhee Avenue, Suite B
Redondo Beach, CA 90278


PhoenixHR, LLC
948 Paseo La Cresta
Palos Verdes Peninsula, CA 90274


Presidio Networked Solutions LLC
Attn: General Counsel
121 Sunset Hills Road, Suite 202
Reston, VA 20190


Public Storage
3501 Lomita Blvd
Torrance, CA 90505

Regus Corporation
15305 Dallas Parkway Suite 400
Addison, TX 75001


Regus Management Group, LLC
21515 Hawthorne Blvd., Ste 200
Torrance, CA 90503


Ribbon Comm Operating Co Inc
4 Technology Park Drive
Westford, MA 01886


Rolka Loube-Interstate TRS
PO Box 62634
Baltimore, MD 21264-2631


Securecomm, LLC
Attn: Michael W. Chase
10655 NE 4th Street, Suite 700
Bellevue, WA 98004


Sheppard Mullin Richter Hampton, LL
2099 Pennsylvania Ave., NW Ste 100
Washington, DC 20006-6801


Solarwinds
7171 Southwest Parkway Bldg 400
Austin, TX 78735


Specops Software USA Inc
1500 Walnut St, Ste 1304
Philadelphia, PA 19102

State of Florida
Florida Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0135


State of Hawaii
Hawaii Dept. of Taxation
PO Box 3559
Honolulu, HI 96811-3559


State of Illinois
Illinois Department of Revenue
P.O. Box 19031
Springfield, IL 62794-9053


State of Maryland
Maryland State Dept of Revenue
301 W. Preston St.
Baltimore, MD 21201-2395


State of Massachusetts
Massachusetts Dept of Revenue
PO Box 7017
Boston, MA 02204


State of Missouri
Missouri Taxation Division
P.O. Box 3000
Jefferson City, MO 65105-3000


State of New Mexico
New Mexico Taxation & Revenue Dept
P. O. Box 25122
Santa Fe, NM 87504-5122


State of North Carolina
North Carolina Dept of Revenue
P.O. Box 25000
Raleigh, NC 27640-0640

State of Pennsylvania
Pennsylvania Dept of Revenue
PO Box 280905
Harrisburg, PA 17128-0905


State of South Carolina
South Carolina Dept of Revenue
PO Box 125
Columbia, SC 29214-0037


State of Texas
Texas Comptroller of Public Accts
P.O. Box 149348
Austin, TX 78714-9348


State of Utah
Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134


State of Virginia
Virginia Dept of Taxation
1957 Westmoreland Street
Richmond, VA 23230


State of Virginia
Virginia Dept of Taxation
PO Box 1115
Richmond, VA 23218


State of Washington
Washington State Dept of Revenue
PO Box 9034
Olympia, WA 98507-9034


State of Washington
Dept of Revenue Taxpayer Acct Admin
PO Box 47476
Olympia, WA 98504-7476

Steven Boberski
7881 Virginia Oaks Drive
Gainesville, VA 20155


Subsentio, LLC
2001 E. Easter Avenue Suite 302
Centennial, CO 80122


Tech Data, Inc.
131 S Dearborn, 6th Floor
Chicago, IL 60603


UBS Financial Services Inc.
Attn: Luis NIn
888 San Clemente, Ste. 300
Newport Beach, CA 92660-6369


Universal Service Administrative Co
2000 L Street NW, Suite 200
Washington, DC 20036


Universal Service Administrative Co
2000 L Street NW, Suite 200
Washington, DC 20036-3000


Universal Service Administrative Co
Form 499 Data Collection Agent
700 12th Street, N.W. Suite 900
Washington, DC 20005


Verizon Sourcing LLC
Attn Sethia Johnson
Subcontract Manager G2-2-503
22001 Loudoun County Parkway
Ashburn, VA 20147

```
Verizon Sourcing LLC
Verizon Legal Dpt, Public Sector
Building E1, Floor 3
22001 Loudoun County Parkway
Ashburn, VA 20147


Verizon Sourcing LLC
5055 North Point Parkway
Alpharetta, GA 30022


Verizon/WITS 3
Attn WITS3
10421 Fairfax Blvd
Fairfax, VA 22030


VisionOSS
2301 N Greenville, Suite 270
Richardson, TX 75082


Vox Network Solutions, Inc
8000 Marina Blvd. Suite 130
Brisbane, CA 94005


Washington State Dept of Revenue
Taxpayer Account Admin
PO Box 47476
Olympia, WA 98504-7476


Washoe County Technology Services
PO Box 11130
Reno, NV 89520-0027


Washoe County Technology Services
1001 E Ninth St, Suite C220
Reno, NV 89512
```

Westcon / Comstor
44201 Nobel Drive
Fremont, CA 94538


Xmedius America Inc.
PO Box 848058
Dallas, TX 75284-8058


XO Communication
One Verizon Way
Basking Ridge, NJ 07920


Zones Inc
1102 15th Street S.W. Suite 102
Auburn, WA 98001