1 | Victor A. Sahn (CA Bar No. 97299)
     vsahn@sulmeyerlaw.com
2 | David S. Kupetz (CA Bar No. 125062)
     dkupetz@sulmeyerlaw.com
3 | Claire K. Wu (CA Bar No. 295966)
     ckwu@sulmeyerlaw.com
4 | **Sulmeyer**Kupetz
     A Professional Corporation
5 | 333 South Grand Ave, Suite 3400
     Los Angeles, California 90071
6 | Telephone: 213.626.2311
     Facsimile: 213.629.4520

Attorneys for collab9, LLC,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:21-bk-12222-ER |
|---|---|
| COLLAB9, LLC, a Delaware limited liability company, | Chapter 11 |
| Tax ID: 95-4650291 | **DECLARATION OF MARIA R. VIRAMONTES RE NOTICE AND SERVICE OF "FIRST DAY" MOTIONS** |
| Debtor. | Hearing:<br>Date:  March 24, 2021<br>Time:  10:00 a.m.<br>Place: Courtroom 1568<br>         255 E. Temple St.<br>         Los Angeles, CA 90012 |

MRV 2710549v2

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

I, Maria R. Viramontes, declare:

1. I am over the age of eighteen and am employed by the law firm of **Sulmeyer**Kupetz, A Professional Corporation ("SulmeyerKupetz"), as a legal assistant, counsel of record in this case for collab9, LLC, a Delaware limited liability company, debtor and debtor in possession in the above-captioned case (the "Debtor"). Each of the facts contained in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. On March 22, 2021, Claire K. Wu, an attorney employed by SulmeyerKupetz, instructed me to serve the following motions (collectively, the "First Day Motions") on the Debtor's secured creditors, the twenty largest unsecured creditors, and the Office of the United States Trustee, by no later than Monday, March 22, 2021, by either (a) personal service, (b) overnight mail, (c) facsimile, (d) e-mail, or (e) Notice of Electronic Filing via CM/ECF:

   i. Debtor's Emergency Motion For Order Authorizing Debtor To Maintain Bank Accounts And Cash Management System And Continue Use Of Its Existing Business Forms;

   ii. Debtor's Emergency Motion For Order Authorizing Payment And/Or Honoring Of Prepetition Workforce Obligations, Including Compensation, Benefits, Reimbursements, Withholding Taxes, Accrued Vacation, And Related Claims;

   iii. Debtor's Emergency Motion For Order: (1) Limiting Extent Of Notice Required For Administrative Matters; And (2) Authorizing Service By Electronic Mail;

   iv. Debtor's Emergency Motion For Extension Of Time To File Schedules, Statement Of Financial Affairs, And Lists; and

   v. Debtor's Emergency Motion For Interim And Final Orders: (1) Authorizing Debtor To Obtain Postpetition Loan Secured By Senior Lien Pursuant To 11 U.S.C. § 364; (2) Authorizing Debtor's Use Of Cash Collateral Pursuant To 11 U.S.C. § 363; (3) Scheduling Final Hearing On Motion; And (4) Granting Related Relief.

4. I served by e-mail and/or overnight mail copies of the First Day Motions [Dkt. Nos. 5, 6, 7, 8, 9], supporting declarations [Dkt. Nos. 10, 11, 12], and the Notice of Hearing on Emergency "First Day" Motions (which Notice attached as Exhibit 1 the Court's "Order Setting

1 | Hearing on First Day Motions") [Dkt. No. 15], as reflected in the proof of service filed as Dkt. No.
2 | 16.
3 |     I declare under penalty of perjury that the foregoing is true and correct, that I am employed
4 | in the office of a member of the Bar of this Court, at whose direction the notice and service
5 | described above was made, and that this declaration was executed on March 22, 2021, at Los
6 | Angeles, California.

                                           /s/ Maria R. Viramontes
                                           Maria R. Viramontes

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

MRV 2710549v2

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*):  DECLARATION OF MARIA R. VIRAMONTES RE NOTICE AND SERVICE OF "FIRST DAY" MOTIONS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  March 22, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David S Kupetz on behalf of Debtor collab9, LLC, a Delaware limited liability company
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

Matthew A Lesnick on behalf of Creditor SecureComm. LLC
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Victor A Sahn on behalf of Debtor collab9, LLC, a Delaware limited liability company
vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Claire K Wu on behalf of Debtor collab9, LLC, a Delaware limited liability company
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 22, 2021 | Maria R. Viramontes | /s/Maria R. Viramontes |
|---|---|---|
| Date | Printed Name | Signature |

MRV 2710549v2 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE